# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144239 & (93)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

VAUGHN MITCHELL,
      Defendant-Appellee.

SC: 144239
COA: 293284
Wayne CC: 08-013700-FC

_____/

On order of the Court, the application for leave to appeal the October 25, 2011 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 56 days of the date of this order addressing the *Miranda* issues. They should not submit mere restatements of their application papers.

The motion to expand the record remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2012

_____
Clerk

t0327